No. ________________

**IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

NATURAL RESOURCES DEFENSE COUNCIL, INC.,
*Petitioner*,

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; SHAWN M. LATOURETTE, COMMISSIONER, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION,
*Respondents*.

# PETITION FOR REVIEW

Jared E. Knicley
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 513-6242
jknicley@nrdc.org

Jackson Garrity
Natural Resources Defense Council
20 N Wacker Drive, Suite 1600
Chicago, IL 60606
(312) 995-5909
jgarrity@nrdc.org

Mark A. Izeman
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
(212) 727-4453
mizeman@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

Dated: November 18, 2025

**PETITION FOR REVIEW**

Pursuant to Section 19(d) of the Natural Gas Act, 15 U.S.C. § 717r(d)(1), and Rule 15(a) of the Federal Rules of Appellate Procedure, the Natural Resources Defense Council, Inc. (NRDC) hereby petitions this Court for review of the New Jersey Department of Environmental Protection's November 7, 2025 decision to grant the application of Transcontinental Gas Pipe Line Company, LLC (Transco) for a water quality certification under Section 401 of the federal Clean Water Act, 33 U.S.C. § 1341 (Permit No. 0000-25-0012.1), in connection with Transco's Northeast Supply Enhancement (NESE) interstate natural gas pipeline project.

A copy of the challenged decision is attached as Exhibit A.

Dated: November 18, 2025

Respectfully submitted,

/s/ *Jared E. Knicley*
Jared E. Knicley
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 513-6242
jknicley@nrdc.org

Jackson Garrity
Natural Resources Defense Council
20 North Wacker Drive, Suite 1600
Chicago, IL 60606

(312) 995-5909
jgarrity@nrdc.org

Mark A. Izeman
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
(212) 727-4453
mizeman@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

# DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure, petitioner Natural Resources Defense Council (NRDC) makes the following disclosure:

NRDC is a non-profit environmental and public health organization committed to protecting the public and environment through research and advocacy. NRDC has no parent corporation, and no publicly owned corporation has a ten percent or greater ownership interest in NRDC.

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25, the undersigned certifies that, on November 18, 2025, a copy of this Petition for Review and Exhibit A were served on the Respondents via U.S. first-class mail at the following addresses:

New Jersey Department of Environmental Protection
401 East State Street
P.O. Box 420
Trenton, NJ 08625-0420

Shawn M. LaTourette, Commissioner
New Jersey Department of Environmental Protection
401 East State Street
P.O. Box 402
Trenton, NJ 08625-0402

The undersigned also certifies that on November 18, 2025, a copy of this Petition for Review and Exhibit A were served via U.S. mail on Transcontinental Gas Pipe Line Company, LLC at the address listed below, and that no other parties were admitted to participate in the agency proceedings below:

Joseph Dean
Transcontinental Gas Pipe Line Company, LLC
2800 Post Oak Blvd (77056)
P.O. Box 1396
Houston, TX 77056-1396

DATED: November 18, 2025

/s/ *Jared E. Knicley*
Jared E. Knicley
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 513-6242
jknicley@nrdc.org