MANDATE

N.J. Dep't of Env't Prot.
0000-25-0012.1 LUP250001

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-six.

Present:

John M. Walker, Jr.,
Barrington D. Parker,
Joseph F. Bianco,
    _Circuit Judges._

Natural Resources Defense Council, Inc., et al.,

_Petitioners_,

v.

New Jersey Department of Environmental Protection, et al.,

_Respondents._

25-2932 (L),
25-2933 (Con)

Intervenor Transcontinental Gas Pipe Line Co. moves to transfer these petitions for review to the United States Court of Appeals for the Third Circuit. Petitioners move to expedite the proceedings under 15 U.S.C. § 717r(d)(5). Upon due consideration, it is hereby ORDERED that the motion to transfer is GRANTED and the petitions for review and the motion to expedite are TRANSFERRED to the Third Circuit. _Liriano v. United States_, 95 F.3d 119, 122 (2d Cir. 1996).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

_Catherine O'Hagan Wolfe_

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_Catherine O'Hagan Wolfe_

MANDATE ISSUED ON 02/03/2026